IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITOL RECORDS, Inc., a Delaware corporation, ATLANTIC RECORDING, Corporation, a Delaware corporation, BMG MUSIC, a New York general partnership, ARISTA RECORDS, LLC, a Delaware limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, WARNER BROS. RECORDS, Inc., a Delaware corporation, INTERSCOPE RECORDS, a California general partnership, VIRGIN RECORDS AMERICA, Inc., a California corporation, ELEKTRA ENTERTAINMENT GROUP, Inc., a Delaware corporation, and UMG RECORDINGS, Inc., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:07CV3065 |
| Plaintiffs, | ) ) ) | MEMORANDUM AND ORDER |
| v. | ) ) ) | |
| BRIAN MOYER, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Dismiss filed by Defendant Brian

Moyer. (Filing No. 7). In response to the motion, the Plaintiffs filed an unopposed Motion

for Leave to File an Amended Complaint, which was granted, and the First Amended

Complaint has been filed.

The Court has reviewed the First Amended Complaint. Based on this review, the

Court concludes that the First Amended Complaint satisfies the requirements of Fed. R.

Civ. P. 10(b). In addition, The Court concludes that the First Amended Complaint states

a claim upon which relief can be granted under Fed. Civ. P. 12(b)(6). The First

Amended Complaint, including its attachments, contains sufficient specificity regarding Moyer's alleged acts of copyright infringement in violation of 17 U.S.C. § 101 et seq. to survive the Defendant's motion to dismiss as it is presented.  Accordingly,

IT IS ORDERED:

The Defendant's Motion to Dismiss (Filing No. 7) is denied as moot.

DATED this 9th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge