IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITOL RECORDS, et al., | ) | Case No. 4:07cv3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN MOYER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon e-mail notification of settlement given to the magistrate judge by Kevin Kuhlman of the Lathrop-Gage law firm, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 25, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 24th day of January 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge