IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAPITOL RECORDS, Inc., a Delaware corporation, ATLANTIC RECORDING, Corporation, a Delaware corporation, BMG MUSIC, a New York general partnership, ARISTA RECORDS, LLC, a Delaware limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, WARNER BROS. RECORDS, Inc., a Delaware corporation, INTERSCOPE RECORDS, a California general partnership, VIRGIN RECORDS AMERICA, Inc., a California corporation, ELEKTRA ENTERTAINMENT GROUP, Inc., a Delaware corporation, and UMG RECORDINGS, Inc., a Delaware corporation, | CASE NO.  4:07CV3065 |
| Plaintiffs, | |
| V. | |
| BRIAN MOYER, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with

Prejudice.  The Court finds that the stipulation satisfies the requirements of Fed. R. Civ.

P. 41(a)(1)(ii), and should be approved.  Accordingly,

IT IS ORDERED:

1.      The Joint Stipulation of Dismissal with Prejudice (Filing No. 26) is

approved;

2.      The Amended Complaint (Filing No. 10) and all claims asserted in this

matter are dismissed with prejudice; and

3.      The parties will pay their own costs and attorney fees.

DATED this 27th day of February, 2008.

                          BY THE COURT:

                          s/Laurie Smith Camp
                          United States District Judge